Opinion issued June 5, 2008













Opinion issued June 5, 2008

     

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-07-00976-CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



IN RE ECONOMIC AIR S.A. DE C.V., Relator

 

 

 



Original Proceeding on Petition for Writ of Mandamus

 

 

 



MEMORANDUM 
OPINION

 

          By
petition for writ of mandamus, relator, Economic Air S.A. de C.V., challenges
the trial court’s September 24, 2007 order denying special appearance.[1]  

Economic Air S.A. de C.V. has moved
to dismiss, declaring that it no longer desires to prosecute this original
proceeding.  We dismiss the petition for
writ of mandamus.

          

PER CURIAM

 

Panel consists of Chief
Justice Radack and Justices Jennings and Bland.








 











[1]               The
underlying case is In The Matter of the Marriage of Jacobs, No.
2003-67787, in the   

            311th District
 Court of Harris County, Texas,
the Hon. Doug Warne presiding.